IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HAVEN DAVIS,**
    Petitioner,
v.                               CASE NO. 5:12-cv-385-RS-EMT

**MICHAEL D. CREWS,**
    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The amended petition for writ of habeas corpus (Doc. 6) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on March 12, 2014.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**